Petition for Writ of Mandamus Denied and
Memorandum Opinion filed January 28, 2010

 

In
The

Fourteenth
Court of Appeals



NO. 14-10-00075-CV



 

In Re Keen Transport, Inc and Vincent Ray Burd,
Relators



 



ORIGINAL
PROCEEDING



WRIT OF MANDAMUS



MEMORANDUM
 OPINION

On January 26, 2010, relators, Keen Transport, Inc
and Vincent Ray Burd, filed a petition for writ of mandamus in this court.  See
Tex. Gov’t Code Ann. §22.221 (Vernon 2004); see also Tex. R. App. P.
52.  In the petition, relators ask this court to compel the Honorable Susan
Criss, presiding judge of the 212th District Court of Galveston County, to grant
their motion to abate.  

Relators have not included in the mandamus record a
written order denying their motion to abate or that portion of a reporter’s
record demonstrating an oral ruling on their motion to abate..  See Tex.
R. App. P. 52.3(k)(1); In re Bill Heard Chevrolet, Ltd., 209 S.W.3d 311,
314 (Tex. App.—Houston [1st Dist.] 2006, orig. proceeding).  

Relators have not established their entitlement to
the extraordinary relief of a writ of mandamus.  Accordingly, we deny relators’
petition for writ of mandamus without prejudice to refiling in compliance with
Rule 52.3(k)(1).  The emergency motion to stay proceedings is denied as moot
without prejudice to refiling.

 

                                                                                    PER
CURIAM

 

 

 

 

Panel consists of Justices Frost, Boyce, and Sullivan.